Núm. 7392.—MUNICIPIO DE PONCE, apldo. *v.* PEREIRA, aplte.—C. D. Ponce. Marzo 10, 1938.

(Por la Corte, a propuesta del Juez Presidente Sr. del Toro.)

POR CUANTO, dictada sentencia en este pleito declarando la demanda sin lugar a virtud de una moción de *nonsuit,* al día siguiente el demandante presentó una moción pidiendo a la corte que ordenara que el caso fuera reabierto y la corte después de haber oído a ambas partes—al demandado que se opuso y al demandante que aportó prueba en apoyo de su petición—dejó sin efecto la sentencia y ordenó que el pleito fuera señalado de nuevo para juicio; y

POR CUANTO, no conforme el demandado apeló y en su alegato señala como único error el cometido a su juicio por la corte al aplicar a los hechos del caso, abusando de su discreción, la regla del artículo 140 del Código de Enjuiciamiento Civil; y

POR CUANTO, hemos examinado los autos y los alegatos y no estamos convencidos de que bajo las circunstancias concurrentes hiciera el juez sentenciador mal uso de su discreción al actuar en la forma en que lo hizo;

POR TANTO, debe declararse y se declara sin lugar la apelación, confirmándose la resolución apelada.

El Juez Asociado Sr. Córdova Dávila no intervino.